**FILED**

08/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0356

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MARK MULLEE,<br><br>Appellant,<br><br>vs.<br><br>WINTER SPORTS, INC. d/b/a WHITEFISH MOUNTAIN RESORT,<br><br>Appellee. | Supreme Court Cause No. DA 24-0356<br><br>AMENDED ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee is granted its first thirty-day extension of time through and including **October 4, 2024**, within which to file Appellee's Answer Brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

ORDER

Page **1** of **1**